AO 458 (Rev. 10/95)
Appearance

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**APPEARANCE**

Case Number: 1:07-cv-00054

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Nichole Ehrheart, Plaintiff

| 4/16/2007 | /s/ R. Bruce Carlson |
|---|---|
| Date | Signature |

| R. Bruce Carlson | PA56617 |
|---|---|
| Print Name | Bar Number |

231 Melville Lane, PO Box 367
Address

| Sewickley | PA | 15143 |
|---|---|---|
| City | State | Zip Code |

| 412-749-1677 | 412-749-7686 |
|---|---|
| Phone Number | Fax Number |