AO 458 (Rev. 10/95)

Appearance

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

### APPEARANCE

Case Number: 1:07-cv-00054

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Nichole Ehrheart, Plaintiff

---

4/16/2007
Date

/s/ Stephanie Goldin
Signature

Stephanie Goldin          PA202865
Print Name                Bar Number

231 Melville Lane, PO Box 367
Address

Sewickley          PA          15143
City               State       Zip Code

412-749-1677       412-749-7686
Phone Number       Fax Number