UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>    v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | NO. 07-54 E<br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

To:   Robert V. Barth, Jr., Clerk of Records

Please enter our Appearance on behalf of defendant TEXAS ROADHOUSE, INC. in the above-captioned matter.

Respectfully submitted,

_____/s/ W. Patrick Delaney_____
W. Patrick Delaney
PA I.D. No. 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com

Attorneys for Defendant
 Texas Roadhouse, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>　　Plaintiff<br><br>　　　　v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>　　Defendants | NO. 07-54 E<br><br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

To:　Robert V. Barth, Jr., Clerk of Records

Please enter our Appearance on behalf of defendant TEXAS ROADHOUSE, INC. in the above-captioned matter.

Respectfully submitted,

　　　　/s/ W. Patrick Delaney
W. Patrick Delaney
PA I.D. No. 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com

Attorneys for Defendant
　Texas Roadhouse, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

                                                    /s/ W. Patrick Delaney
                                                     W. Patrick Delaney

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

/s/ W. Patrick Delaney
W. Patrick Delaney

PDF created with pdfFactory trial version www.pdffactory.com