UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>            v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | NO. 07-54 E<br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

**MOTION FOR ADMISSION PRO HAC VICE**
**(PETER M. CUMMINS, ESQUIRE)**

Movant, W. Patrick Delaney, Esquire, one of the attorneys of record for defendant TEXAS ROADHOUSE, INC., files this Motion for Admission Pro Hac Vice (Peter M. Cummins, Esquire) and states the following in support thereof:

1.   I have been a member in good standing of the Bar of the United States District for the Western District of Pennsylvania since 1976 and hereby move the admission of Peter M. Cummins, Esquire, for the singular purpose of representing defendant Texas Roadhouse, Inc. in the above-captioned matter.

2.   Peter M. Cummins, Esquire, is affiliated with the law firm of Frost Brown Todd LLC in its offices at 400 West Market Street, 32nd Floor, Louisville, Kentucky 40202-3363.

3.   Peter M. Cummins, Esquire, is a member in good standing of the Bars of the following state and federal courts:

   a. Supreme Court of Kentucky;

   b. Supreme Court of Ohio;

   c. United States Tax Court;

   d. United States Court of Appeals for the Sixth Circuit;

   e. United States Court of Appeals for the Fourth Circuit;

   f. United States District Court for the Eastern District of Kentucky;

   g. United States District Court for the Western District of Kentucky;

   h. United States District Court for the Southern District of Ohio; and

   i. United States District Court for the Northern District of Ohio.

  4. Peter M. Cummins, Esquire, is qualified to practice before this Honorable Court based upon his professional background, experience, and moral character, and should be admitted pro hac vice.

WHEREFORE, movant, W. Patrick Delaney, Esquire, respectfully requests this Honorable Court admit Peter M. Cummins, Esquire, pro hac vice for the singular purpose of representing defendant Texas Roadhouse, Inc. in the above-captioned matter.

Respectfully submitted,

_/s/W. Patrick Delaney_____
W. Patrick Delaney
PA I.D. No. 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com

Attorneys for Defendant
 Texas Roadhouse, Inc

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff | NO. 07-54 E |
| v. | CLASS ACTION |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | **ELECTRONICALLY FILED** |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2007, upon consideration of the Motion for Admission Pro Hac Vice (Peter M. Cummins, Esquire), and it appearing that Peter M. Cummins, Esquire, is qualified to practice before this Court,

IT IS ORDERED that the Motion for Admission Pro Hac Vice is hereby GRANTED and that Peter M. Cummins, Esquire, is hereby admitted pro hac vice for the singular purpose of representing defendant Texas Roadhouse, Inc. in the above-captioned matter.

_____
Sean M. McLaughlin
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>April 25</u>, 2007, the foregoing Motion for Admission Pro Hac Vice (Peter Cummins, Esquire) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.



                                                    /s/W. Patrick Delaney
                                                   W. Patrick Delaney