PHV
rcpt #07-298

$40.00

07-54 E

```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 07000298 - DM
         April 25, 2007

  Code    Case #    Qty     Amount

  PRO HAC 07-54 Ecv  1 @    40.00
                            40.00 CC


  TOTAL→                    40.00


  FROM: W. PATRICK DELANEY
        100 STATE STREET STE 700
        ERIE PA  16507
```