UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff | ) ) ) ) | NO. 07-54 E |
| v. | ) ) | CLASS ACTION |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | ) ) ) | **ELECTRONICALLY FILED** |

**STIPULATION REGARDING EXTENSION OF TIME**

The undersigned, counsel for plaintiff NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated, and counsel for defendant, TEXAS ROADHOUSE, INC., have reached this Stipulation to extend the time for defendant to respond to plaintiff's Complaint (by way of Answer or Motion). Defendant shall be permitted to respond to plaintiff's Complaint on or before May 31, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

The extension of time agreed to herein does not exceed 45 days from the due date of defendant's response to plaintiff's Complaint and, therefore, under Local Rule 7.2, Court approval is not required.

Dated:   May 11, 2007					Respectfully submitted,


							      /s/ Gary F. Lynch
							Gary F. Lynch
							PA I.D. No. 56887
							glynch@carlsonlynch.com
							R. Bruce Carlson
							PA I.D. No. 56657
							bcarlson@carlsonlynch.com
							Carlson Lynch, Ltd.
							36 N. Jefferson Street
							P.O. Box 7635
							New Castle, PA  16107
							(724) 656-1555
							(724) 656-1556 (f)

							Attorneys for Plaintiff
							  Nichole M. Ehrheart, individually and on
							  behalf of all others similarly situated


Dated:   May 11, 2007					       /s/ W. Patrick Delaney
							W. Patrick Delaney
							PA I.D. No. 23956
							MacDONALD, ILLIG, JONES & BRITTON LLP
							100 State Street, Suite 700
							Erie, Pennsylvania 16507-1459
							(814) 870-7658
							FAX (814) 454-4647
							pdelaney@mijb.com

							Attorneys for Defendant
							  Texas Roadhouse, Inc

1014507					-2-

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I also hereby certify that on May 11, 2007, the foregoing Stipulation Regarding Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

                                                           s/ W. Patrick Delaney
                                                         W. Patrick Delaney

PDF created with pdfFactory trial version www.pdffactory.com