IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


NICHOLE M. EHRHEART,                              )
                Plaintiff,                    )
            v.                                      )   Civil Action No. 07-54 Erie
                               )
TEXAS ROADHOUSE, INC., et al.,                    )
                Defendant.                    )

## PRELIMINARY SCHEDULING ORDER


AND NOW, this 31[th] day of May, 2007, it is hereby ORDERED that all parties are to strictly conform to Fed. R. Civ. P. 26, and particularly Rule 26(f).  Therefore, IT IS HEREBY ORDERED THAT the parties will conduct their Rule 26(f) meeting on or before **June 12, 2007**  The parties will then exchange their initial disclosures per Fed. R. Civ. P. 26(a)(1)(A)(B)(C) and (D).  A joint or individualized report of the Rule 26(f) discovery plan that includes stipulated exceptions to disclosure per Rule 26(a)(1) not to exceed 3 pages in length shall be filed on or before **July 3, 2007**   A Fed. R. Civ. P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held before the undersigned on **July 26, 2007**  at **11:00 a.m.**  Room A-250, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

At the case management conference all counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.


                                       S/Sean J. McLaughlin
                                       Sean J. McLaughlin
                                       United States District Judge


cc:  All counsel of record. nmk