IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>            v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | NO. 07-54 E<br><br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the United States District Court for the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant TEXAS ROADHOUSE, INC. in the above-captioned action, certifies that Texas Roadhouse, Inc. has no parent corporation, no subsidiaries, and/or no affiliates that have issued shares or debt securities to the public.

Texas Roadhouse, Inc. is a publicly traded corporate entity engaged in the development and operation of a full-service restaurant chain. There is no publicly held company that owns 10% or more of the stock of Texas Roadhouse, Inc.

Dated: June 5, 2007                                   Respectfully submitted,


   /s/ W. Patrick Delaney
W. Patrick Delaney
PA 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com


   /s/ Peter M. Cummins
Peter M. Cummins
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 779-8190
FAX (502) 581-1087
pcummins@fbtlaw.com

Attorneys for Defendant
 Texas Roadhouse, Inc.

1021305

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2007, the foregoing Disclosure Statement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

                                                  /s/ W. Patrick Delaney
                                                    W. Patrick Delaney