# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated, | Civil Action No. 07-cv-00054 |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2007, the Court hereby ORDERS that the deadline for the filing of Plaintiff's motion for class certification be set at the initial case management conference.

BY THE COURT:

_____
Judge Sean J. McLaughlin