IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated, <br> Plaintiff | ) <br> ) <br> ) <br> ) | NO. 07-54 E |
| v. | ) <br> ) | CLASS ACTION |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive, <br> Defendants | ) <br> ) <br> ) <br> ) | **ELECTRONICALLY FILED** |

## JOINT MOTION FOR EXTENSION OF TIME

1. A Case Management Conference was held in the above-captioned matter on July 26, 2007. At that conference, it was determined that the parties would undertake mediation of their dispute and report to the Court concerning that mediation within 75 days. No case management deadlines were published pending the report concerning mediation.

2. On October 3, 2007, the parties attended a mediation with Attorney Art Stroyd in Pittsburgh, Pennsylvania. That mediation session was inconclusive, but it was determined by the parties and the mediator that it would be useful for the parties to undertake further discussions, either directly or through the mediator, to further explore the possibility of settlement.

3. The parties jointly desire that the above-captioned matter be stayed during such period and that no case management deadlines be imposed.

WHEREFORE, plaintiff and defendant respectfully request this Court to issue an Order staying further proceedings in the above-captioned matter and directing that the parties report to

the Court concerning possible settlement of this matter on or before Wednesday, December 5, 2007.

Dated:  October 5, 2007                           Respectfully submitted,

    /s/ Peter M. Cummins
Peter M. Cummins
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 779-8190
FAX (502) 581-1087
pcummins@fbtlaw.com

    /s/ W. Patrick Delaney
W. Patrick Delaney
PA 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
pdelaney@mijb.com

Attorneys for Defendant Texas Roadhouse, Inc.

    /s/Gary F. Lynch
Gary F. Lynch
PA 56887
CARLSON LYNCH, LTD.
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA  16107
(724) 656-1555
FAX (724) 656-1556
glynch@carlsonlynch.com

Attorneys for Plaintiff Nichole M. Ehrheart,
  individually and on behalf of others similarly situated

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, the foregoing Joint Motion for Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.



/s/ W. Patrick Delaney
W. Patrick Delaney

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff<br><br>            v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | NO. 07-54 E<br><br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

## **ORDER**

AND NOW, to wit this _____ day of October, 2007:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that proceedings in the above-captioned matter are stayed while the parties further explore the possibility of settlement. The parties are to report to the Court on or before Wednesday, December 5, 2007, concerning the progress of their discussions.

_____
                                                                                                                         J.

1041693