IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff | ) ) ) ) | NO. 07-54 E |
| v. | ) ) | CLASS ACTION |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | ) ) ) ) | **ELECTRONICALLY FILED** |

## **ORDER**

AND NOW, to wit this _____ day of October, 2007:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that proceedings in the above-captioned matter are stayed while the parties further explore the possibility of settlement. The parties are to report to the Court on or before Wednesday, December 5, 2007, concerning the progress of their discussions.

                                                                                                                       J.

1041693