UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>  Plaintiff<br><br>    v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>  Defendants | NO. 07-54 E<br><br><br>CLASS ACTION<br><br><br><br>**ELECTRONICALLY FILED** |

**DEFENDANT'S MOTION TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Pursuant to 28 U.S.C. § 1404(a), defendant Texas Roadhouse Holdings LLC ("Texas Roadhouse") hereby moves for entry of an Order transferring this case to the United States District Court for the Western District of Kentucky. In support of its motion, Texas Roadhouse states as follows:

  1. This is a putative class action brought under the Fair and Accurate Credit Transactions Act ("FACTA"). Plaintiff alleges that Texas Roadhouse willfully violated FACTA by providing him with a computer-generated credit card which displayed plaintiff's credit card expiration dates at its Erie County, Pennsylvania restaurant.

  2. As explained in detail in Texas Roadhouse's Memorandum in Support of Its Motion filed contemporaneously herewith, the convenience of the parties and the interests of justice strongly weight in favor of transferring this case to the Western District of Kentucky.

- 2 -

Texas Roadhouse is a Kentucky limited liability company with its principal place of business in Louisville, Kentucky. All of the relevant witnesses, except perhaps the plaintiff, live and work in the Western District of Kentucky. The vast majority of the relevant documents will also be found at Texas Roadhouse's Louisville, Kentucky headquarters. Furthermore, the principal issue in this case -- whether Texas Roadhouse acted willfully in including expiration dates on guest receipts -- will depend entirely upon events that took place (or did not take place) in the Western District of Kentucky.

3. By contrast, the only ties this case has to Pennsylvania are that plaintiff is a Pennsylvania resident and was provided her allegedly non-compliant receipt in Illinois. This purports to be a nationwide class action, however, and only 12 of Texas Roadhouse's more than 200 restaurants are located in Pennsylvania. Thus, only approximately 6% of the likely class members reside in Pennsylvania.

4. Finally, a substantially similar putative class action has been filed against Texas Roadhouse in the Northern District of Illinois. Texas Roadhouse is also moving to transfer that case to the Western District of Kentucky. If both cases are ultimately transferred, judicial economy will be served by providing the court in the Western District of Kentucky with the opportunity to consolidate or otherwise coordinate these parallel proceedings.

WHEREFORE, Texas Roadhouse prays that the Court enter an Order transferring this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Western District of Kentucky and that the Court grant such other relief as it deems just and proper.

- 3 -

Respectfully submitted,

    s/ W. Patrick Delaney
W. Patrick Delaney
PA 23956
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7658
FAX (814) 454-4647
wdelaney@mijb.com

    s/ Peter M. Cummins
Peter M. Cummins
FROST BROWN TODD LLC
400 West Market Street
Suite 3200
Louisville, KY 40202-3363

Attorneys for Defendant
  Texas Roadhouse, Inc.

1053829

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2007, the foregoing Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure.  Parties may access this filing through the Court's ECF system.

                                                                            s/ W. Patrick Delaney
                                                                             W. Patrick Delaney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br>    Plaintiff | ) ) ) ) | NO. 07-54 E |
| v. | ) ) | CLASS ACTION |
| TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br>    Defendants | ) ) ) ) | **ELECTRONICALLY FILED** |

## **ORDER**

AND NOW, to-wit, this _____ day of _____, 20___, upon consideration of Defendant's Motion to Transfer Venue it is hereby ORDERED, ADJUDGED and DECREED:

_____

_____

_____

_____

 

                                                 Sean J. McLaughlin, J.

1053858