IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Civil Action No.07-cv-00054 <br><br> CLASS ACTION <br><br> Honorable Sean J. McLaughlin <br><br><br> **Electronically Filed** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, Nichole Ehrheart, hereby notifies the Court of the attached supplemental authority in support of Plaintiff's Motion to Stay All Proceedings.  *See Aliano v. Texas Roadhouse Holdings LLC et al., No. 07-04108CRN (N.D. Ill. January 31, 2008)* (Order Granting Plaintiff's Motion to Stay Proceedings) (attached as Exhibit A hereto).  The District Court for the Northern District of Illinois granted plaintiff's motion to stay all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation.

Dated:  February 19, 2008

Respectfully submitted,

/s/ Gary F. Lynch
Gary F. Lynch (PA 56887)
glynch@carlsonlynch.com
R. Bruce Carlson (PA56657)
bcarlson@carlsonlynch.com
**CARLSON LYNCH LTD**
P.O. Box 7635
36 N. Jefferson Street
New Castle, PA  16107
Telephone: 724-656-1555
Facsimile:  724-656-1556

# Exhibit A

Case 1:08-cv-02362     Document 21-2     Filed 02/19/2008     Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Mario Aliano

                               Plaintiff,

v.                                                Case No.: 1:07–cv–04108
                                                           Honorable Charles R. Norgle Sr.

Texas Roadhouse Holdings LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Plaintiff's Motion to Temporarily Stay Proceedings Pending a Decisiion by the Judicial Panel on Multidistrict Litigation [22] is granted. Counsel are not required to appear in court on Friday, February 1, 2008.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.