IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| NICHOLE M. EHRHEART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS ROADHOUSE, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.07-cv-00054 |

## ORDER

AND NOW, this 24th day of March, 2008, upon consideration of Plaintiff's Motion to Stay All Proceedings and of all filings related thereto, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. These proceedings are STAYED pending resolution of the Motion for Transfer and Coordination Pursuant to 28 U.S.C. §1407 submitted to the Judicial Panel on Multidistrict Litigation. No party shall be permitted, or required, to file any pleading or motion, or to conduct discovery during this stay.

BY THE COURT:

_____
Honorable Sean J. McLaughlin