# U.S. District Court
# Western District of Pennsylvania (Erie)
# CIVIL DOCKET FOR CASE #: 1:07–cv–00054–SJM

| | |
|---|---|
| EHRHEART v. TEXAS ROADHOUSE, INC. et al | Date Filed: 03/26/2007 |
| Assigned to: Sean J. McLaughlin | Jury Demand: None |
| Cause: 15:1681 Fair Credit Reporting Act | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**NICHOLE M. EHRHEART**  represented by  **Gary F. Lynch**
*individually and on behalf of all others similarly*   Carlson Lynch Ltd
*situated*   36 N. Jefferson Street
  P.O. Box 7635
  New Castle, PA 16107
  (724) 656–1555
  Email: glynch@carlsonlynch.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **R. Bruce Carlson**
  Carlson Lynch
  P.O. Box 367
  231 Melville Lane
  Sewickley, PA 15143
  (412) 749–1677
  Email: bcarlson@carlsonlynch.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Stephanie K. Goldin**
  Carlson Lynch
  231 Melville Lane
  P.O. Box 367
  Sewickley, PA 15143
  (412) 749–1677
  Email: sgoldin@carlsonlynch.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TEXAS ROADHOUSE, INC.**  represented by  **Peter M. Cummins**
  Frost Brown Todd
  400 West Market Street
  32nd Floor
  Louisville, KY 40202
  (502) 779–8190
  Email: pcummins@fbtlaw.com
  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Patrick Delaney**
MacDonald, Illig, Jones &Britton
100 State Street
Suite 700
Erie, PA 16507−1459
(814) 870−7658
Fax: (814) 454−4647
Email: pdelaney@mijb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES 1 THROUGH 10, INCLUSIVE**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 07−257), filed by NICHOLE M. EHRHEART. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(sdp) (Entered: 03/26/2007) |
| 04/16/2007 | 2 | NOTICE of Appearance by R. Bruce Carlson on behalf of NICHOLE M. EHRHEART (Carlson, R.) (Entered: 04/16/2007) |
| 04/16/2007 | 3 | NOTICE of Appearance by Stephanie K. Goldin on behalf of NICHOLE M. EHRHEART (Goldin, Stephanie) (Entered: 04/16/2007) |
| 04/19/2007 | 4 | NOTICE of Appearance by W. Patrick Delaney on behalf of TEXAS ROADHOUSE, INC. (Delaney, W.) (Entered: 04/19/2007) |
| 04/25/2007 | 5 | MOTION for attorney Peter M. Cummins to Appear Pro Hac Vice by TEXAS ROADHOUSE, INC.. (Delaney, W.) (Entered: 04/25/2007) |
| 04/25/2007 | 6 | Pro Hac Vice Fees received in the amount $ 40 receipt # 07−298 re 5 Motion to Appear Pro Hac Vice (sdp) (Entered: 04/25/2007) |
| 04/25/2007 |  | ORDER granting Peter Cummins 5 Motion to Appear Pro Hac Vice. Signed by Judge Sean J. McLaughlin on 4/25/07. Text−only entry; no PDF document will issue. This text−only entry constitutes the Court's order or notice on the matter. (nk) (Entered: 04/25/2007) |
| 05/11/2007 | 7 | Stipulation for Extension of Time to Answer by TEXAS ROADHOUSE, INC. Answer due from TEXAS ROADHOUSE, INC. on 5/31/2007. (Delaney, W.) (Entered: 05/11/2007) |
| 05/14/2007 |  | Update Answer Deadline: Answer due from TEXAS ROADHOUSE, INC. (sdp) (Entered: 05/14/2007) |
| 05/14/2007 |  | Update Answer Deadline: Answer due from TEXAS ROADHOUSE, INC. (nk) (Entered: 05/14/2007) |
| 05/31/2007 | 8 | ANSWER to Complaint by TEXAS ROADHOUSE, INC..(Delaney, W.) (Entered: 05/31/2007) |
| 05/31/2007 | 9 |  |

| | | |
|---|---|---|
| | | PRELIMINARY SCHEDULING ORDER; Rule 26 Meeting Report due by 6/12/2007; Joint Proposed Discovery due by 7/3/2007. Case Management set for 7/26/2007 at 11:00 AM in Courtroom C before Sean J. McLaughlin. Signed by Judge Sean J. McLaughlin on 5/31/07. (nk) (Entered: 05/31/2007) |
| 06/01/2007 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 8 Answer to Complaint ERROR: Party did not file disclosure statement as required pursuant L.R. 7.1.1 CORRECTION: Attorney advised to file statement within 7 days. This message is for informational purposes only. Disclosure Statement due by 6/12/2007. (sdp) (Entered: 06/01/2007) |
| 06/05/2007 | 10 | Disclosure Statement identifying None as Corporate Parent, by TEXAS ROADHOUSE, INC.. (Delaney, W.) (Entered: 06/05/2007) |
| 06/28/2007 | 11 | MOTION for Extension of Time to File *Motion for Class Certification* by NICHOLE M. EHRHEART. (Attachments: # 1 Proposed Order)(Lynch, Gary) (Entered: 06/28/2007) |
| 07/02/2007 | 12 | ORDER granting 11 Motion for Extension of Time deadline for the filing of Plaintiff's motion for class certification be set at the initial case management conference. Signed by Judge Sean J. McLaughlin on 7/2/07. (nk) (Entered: 07/02/2007) |
| 07/05/2007 | 13 | REPORT of Rule 26(f) Planning Meeting. (Delaney, W.) (Entered: 07/05/2007) |
| 07/26/2007 | | Minute Entry for proceedings held before Judge Sean J. McLaughlin : Case Management Conference held on 7/26/2007. No case management deadlines given at this conference; Counsel to notify Court within 75 days as to settlement by using mediation. Text−only entry; no PDF document will issue. This text−only entry constitutes the Court's order or notice on the matter (Court Reporter Ron Bench.) (nk) (Entered: 07/26/2007) |
| 10/05/2007 | 14 | MOTION to Stay by TEXAS ROADHOUSE, INC.. (Attachments: # 1 Proposed Order)(Delaney, W.) (Entered: 10/05/2007) |
| 10/09/2007 | 15 | ORDER granting 14 Motion to Stay. Counsel will notify Court on or before 12/5/07 as to settlement. Signed by Judge Sean J. McLaughlin on 10/9/07. (nk) (Entered: 10/09/2007) |
| 12/20/2007 | 16 | MOTION to Transfer Case by TEXAS ROADHOUSE, INC.. (Attachments: # 1 Proposed Order) (Delaney, W.) (Entered: 12/20/2007) |
| 12/20/2007 | 17 | BRIEF in Support re 16 MOTION to Transfer Case filed by TEXAS ROADHOUSE, INC.. (Delaney, W.) (Entered: 12/20/2007) |
| 12/27/2007 | | ORDER Response Schedule re 16 Motion to Transfer Case; Response to Motion due by 1/15/2008. Signed by Judge Sean J. McLaughlin on 12/27/07. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 12/27/2007) |
| 01/08/2008 | 18 | MOTION to Stay *All Proceedings* by NICHOLE M. EHRHEART. (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Lynch, Gary) (Entered: 01/08/2008) |
| 01/09/2008 | | ORDER Response re 18 Motion to Stay Brief in Opposition due by 1/22/2008. Signed by Judge Sean J. McLaughlin on 1/9/08. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (nk) (Entered: 01/09/2008) |
| 01/15/2008 | 19 | RESPONSE to Motion re 16 MOTION to Transfer Case filed by NICHOLE M. EHRHEART. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) (Lynch, Gary) (Entered: 01/15/2008) |

| | | |
|---|---|---|
| 01/22/2008 | 20 | BRIEF in Opposition re 18 MOTION to Stay *All Proceedings* filed by TEXAS ROADHOUSE, INC.. (Delaney, W.) (Entered: 01/22/2008) |
| 01/29/2008 | | NOTICE of Oral Argument on Motion 16 MOTION to Transfer Case, 18 MOTION to Stay All Proceedings scheduled for 3/20/2008 at 1:30 PM in Courtroom C before Judge Sean J. McLaughlin. Text–only entry; no PDF document will issue. This text–only entry constitutes the Order of the Court or Notice on the matter (nk) (Entered: 01/29/2008) |
| 02/19/2008 | 21 | NOTICE *of Supplemental Authority* by NICHOLE M. EHRHEART re 18 MOTION to Stay *All Proceedings* (Attachments: # 1 Exhibit A) (Lynch, Gary) (Entered: 02/19/2008) |
| 03/11/2008 | | PLEASE TAKE NOTICE that the Oral Argument scheduled for 3/20/08 is CANCELLED. Text–only entry; no PDF document will issue. This text–only entry constitutes the Court's order or notice on the matter. (nk) (Entered: 03/11/2008) |
| 03/24/2008 | 22 | ORDER granting 18 Motion to Stay. ORDERED that these proceedings are STAYED pending resolution of the Motion for Transfer and Coordination Pursuant to 28 U.S.C. Section 1407 submitted to the Judgicial Panel on Multidistrict Litigation. No party shall be permitted, or required, to file any pleading or motion, or conduct discovery, during this stay. Signed by Judge Sean J. McLaughlin on 3/24/08. (nk) (Entered: 03/24/2008) |
| 04/30/2008 | 23 | CERTIFIED COPY OF Conditional Transfer Order received from the Judicial Panel on Multi–District Litigation. (sdp) (Entered: 04/30/2008) |