U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 02362
Nicole M. Ehrheart

v.

Texas Roadhouse, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Texas Roadhouse

| | |
|---|---|
| **NAME (Type or print)** <br> Katherine K. Ivers | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Katherine K. Ivers | |
| **FIRM** <br> Wildman, Harrold, Allen & Dixon LLP | |
| **STREET ADDRESS** <br> 225 West Wacker Drive | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6284902 | **TELEPHONE NUMBER** <br> 312-201-2927 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |