UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NICOLE M. EHRHEART,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TEXAS ROADHOUSE, INC.,** *et al.,* )<br>)<br>Defendants. ) | Case No. 08 C 2362<br><br>The Hon. Charles R. Norgle, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nicole M. Ehrheart and defendant Texas Roadhouse, Inc., by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and defenses asserted herein, with each party to bear their own fees and costs, if any.

**DATED:** September 4, 2008.    Respectfully submitted,

**TEXAS ROADHOUSE, INC.**    **NICOLE M. EHRHEART**


By    /s/ Richard M. Hoffman    By    /s/ Gary F. Lynch
    One of Its Attorneys        One of Her Attorneys

Richard M. Hoffman (#6204295)    Gary F. Lynch
Katherine K. Ivers (#6284902)    R. Bruce Carlson
WILDMAN, HARROLD, ALLEN & DIXON LLP    CARLSON LYNCH LIMITED
225 West Wacker Drive, Suite 2800    36 North Jefferson Street
Chicago, IL 60606-1229    P. O. Box 7635
PH: (312) 201-2000    Newcastle, PA 16107
FX: (312) 201-2555

Peter M. Cummins, Esq.
FROST BROWN TODD LLC
400 West Market Street
Suite 3200
Louisville, KY 40202-3363
PH: (502) 779-8190
FX: (502) 581-1087

1907143-1

**IT IS SO ORDERED.**

**ENTER:**

_____
Judge Charles R. Norgle, Sr.

*Prepared By:*

Richard M. Hoffman (#6204295)
Katherine K. Ivers (#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NICOLE M. EHRHEART,** ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 2362 |
| ) | |
| v. ) | The Hon. Charles R. Norgle, Jr. |
| ) | |
| **TEXAS ROADHOUSE, INC.,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    Richard M. Hoffman, an attorney, hereby certifies that he caused a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* to be served upon Gary F. Lynch, Esq. and R. Bruce Carlson, Esq., CARLSON LYNCH LTD., 36 North Jefferson Street, P.O. Box 7635, Newcastle, PA 16107, via electronic filing of same, on September 4, 2008.


    /s/ Richard M. Hoffman
    Richard M. Hoffman


Richard M. Hoffman (#6204295)
Katherine K. Ivers (#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555